**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| Donald Fry, *et al.*,<br><br>                    *Plaintiffs*,<br><br>  vs.<br><br>Capital One Financial Corporation.<br><br>                    *Defendant*. | Case Number: 4:25-cv-03769-HSG<br><br>**ORDER GRANTING DEFENDANT CAPITAL ONE FINANCIAL CORPORATION'S UNPPOSED MOTION TO EXPEDITE BRIEFING**<br><br>Hon. Haywood S. Gilliam, Jr. |

    Pursuant to Civil Local Rule 6-3, Defendant Capital One Financial Corporation submitted an unopposed Motion to Expedite Briefing.

    The Court, having reviewed the Motion and supporting Declaration of Matthew Yelovich, hereby GRANTS the unopposed Motion. Defendants shall file any opposition to Plaintiffs' Order to Show Cause by May 6, 2025. Plaintiffs shall file any reply by May 7, 2025.

    IT IS SO ORDERED.

Dated: 5/6/2025

                                                Hon. Haywood S. Gilliam, Jr.