UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 4:25-cv-03769 (HSG)

Date case was first filed in U.S. District Court: 4/30/2025

Date of judgment or order you are appealing: 5/14/2025

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes    ☐ No    ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

DONALD FRY, KATHERINE ARCELL, JOSE BRITO, JAN-MARIE BROWN, ROSEMARY D'AUGUSTA, PAMELA FAUST, CAROLYN FJORD, DON FREELAND, MICHAEL MALANEY, LEN MARAZZO, LISA MCCARTHY, TIMOTHY NIEBOER, DEBORAH PULFER, BILL RUBINSOHN,

Is this a cross-appeal?    ☐ Yes    ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?    ☐ Yes    ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

Joseph M. Alioto, Alioto Law Firm, 1 Sansome Street, 35th Floor

City: San Francisco    State: CA    Zip Code: 94014

Prisoner Inmate or A Number (if applicable):

Signature: /s/ Joseph M. Alioto    Date: 5/16/2025

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                                       Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> DONALD FRY, KATHERINE ARCELL, JOSE BRITO, JAN-MARIE BROWN, ROSEMARY D'AUGUSTA, PAMELA FAUST, CAROLYN FJORD, DON FREELAND, MICHAEL MALANEY, LEN MARAZZO, LISA MCCARTHY,

Name(s) of counsel (if any):

> Joseph M. Alioto, Tatiana Wallace

Address: Alioto Law Firm, 1 Sansome St., 35th Floor, San Francisco, CA 94

Telephone number(s): (415) 434-8900

Email(s): josephmalioto@aliotolaw.com , twallace@aliotolaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Capital One Financial Corporation

Name(s) of counsel (if any):

> Heather S. Nyong'o, Matthew M. Yelovich, Cleary Gottlieb Steen & Hamilton

Address: 650 California St., Suite 2400, San Francisco, CA 94108

Telephone number(s): (415) 796-4400

Email(s): hnyoungo@cfsh.com; myelovich@cgsh.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

---

**Form 6**                               1                          Rev. 12/01/2018

**Continued list of parties and counsel:**

**Additional Plaintiffs:**

**TIMOTHY NIEBOER, DEBORAH PULFER, BILL RUBINSOHN, SONDRA RUSSELL, CLYDE STENSRUD, CHRISTINE WHALEN, PAMELA WARD**