# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| Donald Fry, *et al.*, | Case Number: 4:25-cv-03769-HSG |
| *Plaintiffs*, | |
| vs. | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME** |
| Capital One Financial Corporation, | Hon. Haywood S. Gilliam, Jr. |
| *Defendant*. | |

## ORDER

**AND NOW**, this 9th day of June 2025, upon consideration of Defendant's Unopposed Motion to Extend Time (the "Motion"), the memorandum in support thereof and in opposition thereto, it is hereby:

**ORDERED** that Defendant's Motion is **GRANTED**; and Defendant will file its motion to dismiss by June 13, 2025.

*[signature]*

Hon. Haywood S. Gilliam, Jr.