UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD FRY, et al.,

Plaintiffs,

v.

CAPITAL ONE FINANCIAL CORP., et al.,

Defendants.

Case No. 25-cv-03769-HSG

**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**

Re: Dkt. No. 69

United States District Court
Northern District of California

Pending before the Court is Plaintiffs' motion for a preliminary injunction. Dkt. No. 69. The Court **DENIES** the motion.

Plaintiffs ask the Court for a preliminary injunction to block Defendant Capital One's acquisition of Brex Inc. Dkt. No. 69. Plaintiffs' motion was filed before the Court granted Capital One's motion to dismiss the complaint. *See* Dkt. No. 72. There is therefore no operative complaint at issue. But even if the Court were to consider Plaintiffs' requested relief based on their First Amended Complaint, the Court would have to deny it, because that complaint does allege any facts concerning the acquisition of Brex. A plaintiff is not entitled to an injunction based on claims not pled in the complaint. *Pacific Radiation Oncology, LLC v. Queen's Med. Ctr.*, 810 F.3d 631, 633 (9th Cir. 2015). "[T]here must be a relationship between the injury claimed in the motion for injunctive relief and the conduct asserted in the underlying complaint. This requires a sufficient nexus between the claims raised in a motion for injunctive relief and the claims set forth in the underlying complaint itself." There is a sufficient nexus if the interim order "would grant 'relief of the same character as that which may be granted finally.'" *Id.* (citation omitted); *see, e.g., id.* at 636–38 (district court properly denied plaintiff's request for injunction to prevent HIPAA violation, where plaintiff had not asserted HIPAA claim). Considering the

complaint at the time Plaintiffs filed for a preliminary injunction, they alleged only that Capital One's acquisition of Discover was in violation of the Sherman Act. Brex is not even mentioned in that complaint. The Court therefore **DENIES** Plaintiffs' request for a preliminary injunction.

    **IT IS SO ORDERED.**

Dated:   4/6/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California